UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 06-254-02 (GK) |
| BENJAMIN D. FEARS, | : **FILED** |
| Defendant. | : OCT 1 9 2006 |
| | : NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### ORDER

It is hereby this 30th day of August, 2006,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than _Jan. 5, 2007_, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than _Jan 9, 2007_ by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on _Jan 12, 2007_.

**IT IS SO ORDERED.**

Gladys Kessler
U.S. District Judge