**District of Columbia Public Schools**
**Anacostia Senior High School**
**Student Timetable (BV)**

STU476r v 4.0.19                                                                                   18-Oct-2006 11:07 AM

To the Parents/Guardians of --

Fears, Benjamin
1951 T Pl SE
Washington, DC  20020

| Course Code | | Course Title | Room | Teacher | | Semester | Term | Period | Day |
|---|---|---|---|---|---|---|---|---|---|
| S31 | 01 | Chemistry I | 409 | AZ | Zawadi, Amali | 1 | 1/2 | 1-1 | MTWRF |
| AA8 | 38 | Citizenship | 112 | MA | Andrews, Melvin | 1 | 1/2 | 2-2 | MTWRF |
| M41 | 01 | Algebra II & Trigonometry | 302 | JG3 | Grant, Jonathan | 1 | 1/2 | 3-3 | MTWRF |
| AA6 | 01 | Early Dismissal | Unknown | JD | D'Andrea, James | 1 | 1/2 | 6-6 | MTWRF |
| E05 | 04 | English III | 416 | CP | Pancham, Caesar | 2 | 1/2 | 1-1 | MTWRF |
| AA8 | 38 | Citizenship | 112 | MA | Andrews, Melvin | 2 | 1/2 | 2-2 | MTWRF |
| A05F | 01 | Art and Design Foundations | 307 | JC2 | Cunningham, James | 2 | 1 | 3-3 | MTWRF |
| U41 | 04 | African American Music History I | 413 | KK | Killgo, Keith | 2 | 2 | 3-3 | MTWRF |
| AA6 | 01 | Early Dismissal | Unknown | JD | D'Andrea, James | 2 | 1/2 | 6-6 | MTWRF |

*Janet L Collins*
*Attendance*
*Counselor*
*10/18/06*