ATT571R v 4.0.27

**District of Columbia Public Schools**
# Attendance Summary

Page 1 of 1

Anacostia Senior High School    25 AUG 2006 to 18 OCT 2006    Run Date: 18 Oct 2006 11:05 AM

| Pupil No. | Name | | Grade | Gender | Birth Date | Hrm | Phone |
|---|---|---|---|---|---|---|---|
| 7889741 | Fears, Benjamin | | 12 | M | 27 SEP 1986 | 112 | (202)610-9835 |
| | Mailing Address | 1951 T Pl SE Washington, DC 20020 | | | Ethnicity: Blk | | Sem: 1 |

**Absence Totals**

| Authorized | Excused | Unexcused | Total | Lates |
|---|---|---|---|---|
| 0 | 0 | 4 | 4 | 0 |

**Total Days Present / Membership Days**
25.00 / 25.00

## By Absence Date    Per - Physical period of absence

| Date | Course | Per | A/L | Reason | In/Out | Time | Course | Per | A/L | Reason | In/Out | Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 SEP 2006 | Citiznshp-38 | 2 | A | | | | | | | | | |
| 13 OCT 2006 | Citiznshp-38 | 2 | A | | | | | | | | | |
| 16 OCT 2006 | Citiznshp-38 | 2 | A | | | | | | | | | |
| 17 OCT 2006 | Citiznshp-38 | 2 | A | | | | | | | | | |

## By Course    (Note: Only courses with absences are displayed below)

| Course | Date | A/L | Reason | In/Out | Time |
|---|---|---|---|---|---|
| Citiznshp - 38 Absent: 4  Lates: 0 | 27 SEP 2006 | A | | | |
| | 13 OCT 2006 | A | | | |
| | 16 OCT 2006 | A | | | |
| | 17 OCT 2006 | A | | | |

*Janet L Cullens*
*Attendance Counselor*
*10/18/06*