**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
**UNITED STATES OF AMERICA**        )        **Crim. No. 06-254 (GK)**
                                                    )
                    **v.**                          )
                                                    )
**BENJAMIN FEARS,**                        )
                                                    )
                    **Defendant.**                )
_____)

**ORDER**

Upon consideration of defendant's motion to modify conditions of release and to release him on his own recognizance, it is hereby

ORDERED that defendant's motion is GRANTED and he is released on his own recognizance.

SO ORDERED this _____ day of _____, 2006.

_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE