UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL No.: 06-254 (GK) |
| ) | |
| v. ) | |
| ) | |
| BENJAMIN FEARS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of the defendant's Motion to Modify His Conditions of Release and the Government's Opposition thereto, it is this __14th__ day of __November__, 2006, hereby

**ORDERED** that the defendant's Motion to Modify His Conditions of Release be and the same is **DENIED**.

_____
GLADYS KESSLER
United States District Judge

Copies to:
AUSA Donnell W. Turner
Rita Bosworth, Esq.