IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| ) | Cr. No. 06-254 (GK) | |
| v. ) | | |
| ) | | |
| BENJAMIN FEARS ) | | |
| ) | | |

**DEFENDANT'S UNOPPOSED MOTION FOR 1-DAY EXTENSION
OF TIME TO FILE SENTENCING MEMORANDUM**

Benjamin Fears, through undersigned counsel, hereby requests a 1-day extension of time within which to file his sentencing memorandum, and states in support the following:

1. Mr. Fears is scheduled to be sentenced on Friday, January 12, 2007, at 4:15 p.m.

2. Mr. Fears had his sentencing memorandum prepared to file on January 9, 2007, the date set by the Court; however, as is customary, he was awaiting the government's memorandum so he could make sure his arguments were adequately tailored to those of the government.

3. The government did not file its sentencing memorandum in this case until 4:16 pm. On January 9, 2007.

4. Upon reading the government's memorandum, defense counsel realized that she needs more than 45 minutes to respond to the government's arguments. As such, she requests a 1-day extension of time within which to file her memorandum.

5. Donnell Turner, attorney for the government, does not oppose this motion.

WHEREFORE Mr. Fears respectfully requests that the Court grant his motion for a 1-day extension of time within which to file a sentencing memorandum.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____

RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500