IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | No. 06-254 (GK) |
| **v.** ) | |
| ) | |
| **BENJAMIN FEARS** ) | |
| ) | |

## **ORDER**

_____Upon consideration of defendant's unopposed motion for a 1-day extension of time within which to file his sentencing memorandum, it is this _____ day of _____, 2007 hereby

**ORDERED** that Mr. Fears's sentencing memorandum is due on January 10, 2007, at 12:00 p.m.

_____

_____
HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE