IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. )  No. 06-254 (GK)
)
BENJAMIN FEARS )
_____)

FILED

JAN 10 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

_____ Upon consideration of defendant's unopposed motion for a 1-day extension of time within which to file his sentencing memorandum, it is this 10th day of January 2007 hereby

**ORDERED** that Mr. Fears's sentencing memorandum is due on January 10, 2007, at 12:00 p.m.

HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE