## REQUEST FOR COURSE OF ACTION

**PRAYING THE COURT WILL ORDER** a modification of the Judgment and Commitment Order removing the condition of DNA collection.

**FILED**

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER OF COURT

Considered and ordered this ___30th___ day of ___January___ 2007.

_____Gladys Kessler_____
**Gladys Kessler**
**United States District Judge**